UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ROBERT GRAY, ET AL.                                      CIVIL ACTION

VERSUS

THE CITY OF DENHAM SPRINGS,                 NO. 19-00889-BAJ-EWD
ET AL.

RULING AND ORDER

Before the Court is Defendant Police Chief J. Shannon Womack's Motion To Dismiss Penalty, Punitive, Or Exemplary Damages (Doc. 28), seeking dismissal of Plaintiffs' claims to punitive or exemplary damages. Chief Womack, who has been sued in his official capacity only, argues that Plaintiffs are barred from recovering such damages because "punitive damages are not recoverable against either a municipality, or municipal officers sued in their official capacity in an action brought pursuant to 42 U.S.C. Section 1983," and because, under Louisiana law "vindictive, punitive or exemplary damages are not allowed in civil cases, unless specifically provided for by statute or otherwise." (Doc. 28 at ¶¶ 1-2). Plaintiffs state that they "have no objection to … granting" Chief Womack's Motion, candidly conceding that "punitive damages cannot be sought against City of Denham Springs and Chief Womack, [and] that Chief Womack is not liable for punitive damages in his official capacity for any Louisiana state law tort." (Doc. 45 at 1).

Insofar as all parties agree that Plaintiffs are barred from recovering punitive and exemplary damages in this action,

**IT IS ORDERED** that Defendant Police Chief J. Shannon Womack's Motion To Dismiss Penalty, Punitive, Or Exemplary Damages (Doc. 28) is **GRANTED**, and that Plaintiffs' claims for punitive and exemplary damages are **DISMISSED WITH PREJUDICE**.

Baton Rouge, Louisiana, this 16th day of March, 2021

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**